632

Albert CUTLER, et al. v. ESSEX JUNCTION ZONING BOARD OF ADJUSTMENT and Albert F. and Doris D. Stevens
In re Albert F. & Doris D. Stevens, No. 73-79

April 24, 1980. Motion to dismiss denied.

IN RE GRIEVANCE OF Cora J. CAMPBELL, No. 124-79

April 24, 1980. Appellant's motion to proceed in forma pauperis is denied.

Gary F. HADLOCK and Yvette E. Hadlock v. Robert POUTRE and Bertha Poutre, No. 337-79

April 24, 1980. Motion to stay the order of the Windsor Superior Court dated September 10, 1979, is granted.
Billings, J.

Gregory WHITCHURCH v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 92-80

April 24, 1980. Appellant's motion to proceed in forma pauperis is granted with respect to exemption from the filing fee, but denied in all other respects.

STATE of Vermont v. Henry C. HASTINGS, No. 334-78

April 28, 1980. Compensation to assigned counsel in the amount of $507.76 is ordered.

Leroy NULL v. District Judge Alden T. BRYAN and District Judge William A. Mikell, No. 254-79

April 28, 1980. Appellee's motion to dismiss appeal is granted.

Ernest Ben BLOOD v. Silvestro ORFE, President, Green Mountain Construction Co., Inc., No. 386-79

April 28, 1980. Notice of appeal not having been timely filed, appeal dismissed.

STATE of Vermont v. Edward Mac JOHNSON, No. 387-79

April 28, 1980. Bail appeal dismissed as moot.

DENTAL HEALTH ASSOCIATES v. Judith ORLOFF, No. 390-79

April 28, 1980. The judgment having been satisfied, the appeal is dismissed. Cause to be certified forthwith.